- 1 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Application of THE ISLAMIC REPUBLIC OF PAKISTAN for an Order Permitting Discovery Pursuant to 28 U.S.C. § 1782<br><br>THE ISLAMIC REPUBLIC OF PAKISTAN,<br><br>*Petitioner*,<br><br>v.<br><br>ARNOLD & PORTER KAYE SCHOLER LLP,<br><br>*Respondent.* | Misc. Action No. 18-103<br><br>Electronically Filed<br><br>Hon. Rosemary M. Collyer |

## DECLARATION OF ANTON A. WARE

I, Anton A. Ware, based on my personal knowledge, declare as follows:

1. I am an attorney with Arnold & Porter Kaye Scholer, LLP ("Arnold & Porter"), the respondent in the above-captioned matter. Unless otherwise stated, I make the following statements based on my personal knowledge, and could and would testify competently thereto.

2. Arnold & Porter served as counsel for Karkey Karadeniz Elektrik Uretim A.S. ("Karkey"), a Turkish company, in an arbitration proceeding against the Islamic Republic of Pakistan ("Pakistan"), *Karkey Karadeniz Elektrik Uretim A.S. v. Islamic Republic of Pakistan*, ICSID Case No. ARB/13/1 (the "Arbitration").

3. During the disclosure phase of the Arbitration, Karkey voluntarily informed Pakistan that some (but not all) of Karkey's electronic files from prior to April 2010 had been archived to 70 backup tapes that would not be accessible without undue burden and expense—and potentially might not be accessible at all, given their outdated technology.

4.      Arnold & Porter does not now have, and at no time before, during, or after the Arbitration has Arnold & Porter ever had, possession or custody of the backup tapes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 5, 2018, in Shanghai, China.

Anton A. Ware